UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § NO: WA:14-CR-00186(1)-WSS |
| | § |
| (1) ARUN CORNELIUS AFTAB | § |

ORDER REVOKING SUPERVISED RELEASE and RE-SENTENCING OF DEFENDANT

On the 27th day of January, 2016, came on to be heard before the Court at Waco, Texas, a motion by the United States Attorney for the Western District of Texas, to revoke supervised release upon the grounds that the defendant has violated the conditions of his supervised release, and came said United States Attorney and the defendant, (1) ARUN CORNELIUS AFTAB, in person and by J. R. Vicha Jr., Counsel; and the Court, having heard said motion and having considered same, is of the opinion that said defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the defendant will not be subserved by continuing said defendant upon supervised release.

It is accordingly ORDERED by the Court that the supervised release order entered on November 12, 2015, be and the same is hereby revoked and set aside.

Now, on this the 27th day of January, 2016, it is the Order and Sentence of the Court that the defendant, (1) ARUN CORNELIUS AFTAB, for the said offense by him committed, as fully set out in the Judgment and Order of November 12, 2015, is hereby remanded to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE (12) MONTHS to be followed by no period of supervised release. The Court recommends that the