## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 25, 2016

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 16-50078   USA v. Arun Aftab
                        USDC No. 6:14-CR-186-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Melissa V. Mattingly, Deputy Clerk
          504-310-7719

cc w/encl:
    Mr. Donald Keith Dorsett
    Mr. Joseph H. Gay Jr.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 16-50078

———————————

**Certified as a true copy and issued as the mandate on Feb 25, 2016**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ARUN CORNELIUS AFTAB, also known as Arun Aftab,

    Defendant - Appellant

———————————

Appeal from the United States District Court for the
Western District of Texas, Waco

———————————

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of February 25, 2016, pursuant to appellant's motion.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      *Melissa Mattingly*

                      By: _____
                      Melissa V. Mattingly, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT